Exhibit 5



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# Table of Contents

User Guide ................................................................. 2

A.  Description of the Donation Service Area (DSA) Served by NYRT ............ 6

B.  US Population Density, Deaths, Death Rates, and Donations ................. 7

C.  Organ Utilization ................................................................. 13

D.  Description of Donors Recovered by NYRT ................................... 18

E.  Programs Transplanting Organs Procured by NYRT .......................... 19

F.  Transplants Facilitated by NYRT ............................................... 26

G.  Counties Served by NYRT ...................................................... 36



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

## User Guide

This report contains a wide range of useful information about the operations and performance of the Organ Procurement Organization (OPO). The report is divided into seven main sections:

A. Description of the Donation Service Area (DSA) Served by NYRT
B. US Population Density, Deaths, Death Rates, and Donations
C. Organ Utilization
D. Description of Donors Recovered by NYRT
E. Programs Transplanting Organs Procured by NYRT
F. Transplants Facilitated by NYRT
G. Counties Served by NYRT

Some common abbreviations are used throughout the report:

Organ Designators:
HR: Heart
IN: Intestine
KI: Kidney
LI: Liver
LU: Lung
PA: Pancreas

Other Abbreviations:
DSA: Donation Service Area
DBD: Donation after Brain Death
DCD: Donation after Circulatory Death

## Section A: Description of the Donation Service Area Served by NYRT

Section A provides a broad geographic overview of the area of the United States served by the OPO. Figure A1 shows the DSA within the context of the nation with the location of the OPO's headquarters indicated on the map. Figure A2 zooms in on the OPO's DSA and highlights counties served by the OPO. SRTR staff worked with each OPO during 2013 to determine the list of counties functionally served by the OPO. This list may not necessarily match the list of official CMS-designated counties for each OPO. For a full description of the counties served, see Section G. Figure A2 also shows the locations of transplant programs within the DSA. All transplant programs within the DSA are identified in Table A1. Note that only programs that performed at least one transplant of the various types from 01/01/2015 to 12/31/2015 are listed in Table A1.



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# User Guide

## Section B: US Population Density, Deaths, Death Rates, and Donations

Section B describes the population of the US served by the OPO. Figure B1 provides a map of the population density of the US with the DSA highlighted. Summary statistics are provided for the OPO along with an indication of where the OPO ranks among the 58 OPOs. Figures B2 and B3 are similar, but provide different perspectives, with Figure B2 focusing on deaths per 1000 population and Figure B3 focusing on deaths per 1000 square miles covered by the OPO. Note that each of these maps, population data are derived from the US Census Bureau. For a more detailed description of the counties served by this OPO, see section G.

Table B1 provides counts of deaths meeting the eligible death definition (as reported by each donor hospital) along with counts of donors procured by the OPO (total donors and those meeting the eligible death definition). To contextualize these numbers, minimum, maximum, and average values for all 58 OPOs are provided. The observed donation rate per 100 eligible deaths and the expected donation rate per 100 eligible deaths are provided. The expected donation rate is determined from a statistical model and is described in the *OSR Technical Methods* document. The standardized donation rate ratio is the observed donation rate divided by the expected donation rate. The *P* Value indicates if the standardized donation rate ratio is statistically significantly different from 1.0. If the *P* Value is less than 0.05, we have evidence that the standardized ratio is either higher or lower than expected and that this difference is likely not due to chance alone. Additionally, the 95% confidence interval (CI) of the standardized donation rate ratio will not include 1.0 if the *P* Value is less than 0.05. The standardized donation rate ratio is put in context of all 58 OPOs in Figure B4. Figure B4 is arranged by the number of eligible deaths within each DSA so that you can more easily compare the OPO with OPOs of similar size. Finally, trends in donations per 100 eligible deaths over the five most recent one-year periods are shown in Figure B5.

Table B2 provides counts of eligible deaths and actual donors procured from each of the donor hospitals served by the OPO. "Additional Donors" are those donors that did not meet the eligible death definition. Observed and expected donation rates per 100 eligible death are provided for each donor hospital, but tests of whether each hospitals donation rate is significantly higher or lower than expected are not performed due to generally small sample sizes within each donor hospital.

## Section C: Organ Utilization

Section C begins by providing 5-year trends in the numbers of organs transplanted by organ type and donor type (donations after brain death [DBD] and donations after circulatory death [DCD]). Figure C1, Figure C2, and Figure C3 present counts of transplants in total (Figure C1), for DBD donors (Figure C2), and for DCD donors (Figure C3). For the purpose of counting transplants, right and left kidneys are counted separately, as are right and left lungs. The



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

## User Guide

"Donors" count simply counts the donors from whom at least one organ was recovered for the purpose of transplant. Table C1 then provides a full description of the numbers of donors authorized by each organ type along with the ultimate disposition of the organs for the most recent one-year period. In Table C1, kidneys and lungs are counted individually yielding approximately twice the number of organs authorized when compared to the other organs. Table C2 presents organ-specific donation rates per 100 eligible deaths. Expected rates are based on a statistical model detailed in the *OSR Technical Methods* document. If the *P* Value is less than 0.05, we have evidence that the difference between the observed and expected organ-specific donation rate is not simply due to chance. Figure C4 presents the standardized organ-specific donation rate ratios along with their 95% confidence intervals (CI).

Figures C5 and C6 present organs recovered per donor and organs transplanted per donor, respectively. Each of these figures presents where the OPO stands relative to all 58 OPOs with the OPO's performance indicated by the diamond. The distribution of all 58 OPOs is shown by the bell-shaped curve with the national average of all 58 OPOs indicated by the horizontal line. Trends in organs transplanted per donor over the previous five 1-year periods are shown in Figure C7.

Table C3 presents the Observed vs. Expected organ yields for the most recent 2-year period. For a full description of the models used by the SRTR to estimate expected organ yields, please visit our website at www.srtr.org. The Observed to Expected (O/E) organ-specific ratios are then presented graphically in Figure C8 so that it can be seen where the OPO stands relative to the other OPOs. In Figure C8, the x-axis is the number of donors procured by each OPO so that one can compare the OPO with other OPOs that are relatively the same size.

Figures C9, C10, and C11 present data specific to donors after brain death (DBD) and donors after circulatory death (DCD). Figure C9 shows 5-year trends in the number of organs transplanted per donor by DBD and DCD status with comparisons to the US as a whole. Figures C10 and C11 present where the OPO stands in relation to all 58 OPOs with regards to organs transplanted per DBD/DCD donor.

## Section D: Description of Donors Recovered by NYRT

Section D presents tabular descriptions of the donor recovered by the OPO. Data are shown for the most recent two years with comparisons to the US as a whole. Breakdowns are provided for race, age, gender, blood type, cause of death, and DCD status.



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# User Guide

## Section E: Programs Transplanting Organs Procured by NYRT

Section E presents "flight maps" showing locations of programs that transplanted organs from the OPO. Separate maps are provided for each organ type. Note that all arrows originate from the location of the OPO's headquarters rather than the location of each donor hospital. In addition, many programs within the OPO's DSA will not be visible on the map due to scale. Each map is accompanied by a table providing the full detail of each program transplanting organs recovered by the OPO. Geographic indicators are provided based on whether the program is within the same DSA (Local), within the same OPTN region but not the same DSA (Regional), or not within the same DSA or OPTN region (National).

## Section F: Transplants Facilitated by NYRT

Section F provides tabular descriptions of the recipients that received organs that were procured by the OPO, regardless of where the transplant took place. Separate tables are provided by each organ type along with separate tables for heart-lung recipients and kidney-pancreas recipients. The most recent two years are provided along with data for the US as a whole for the same two periods. Breakdowns are provided by demographic factors (race, age, and gender) and clinical factors (blood type, PRA [kidney, pancreas, and kidney-pancreas only], medical urgency status [if applicable], Expanded Criteria Donor status [kidney only], and primary cause of disease).

## Section G: Counties Served by NYRT

Table G1 presents the counties served by the OPO. Counties are ordered alphabetically within state. For the purposes of this report, counties are those actually served by the OPO and do not necessarily reflect CMS assignments. SRTR staff worked closely with the OPOs during 2013 to determine the correct county assignments. Please contact the SRTR at srtr@srtr.org if you feel any counties are assigned in error. If more than one OPO serves different donor hospitals within the same county, the county is indicated as a shared county and the OPO sharing the county is indicated by OPO code. For the purpose of calculating population density, land area, and death rates presented in Section B, the one-to-one CMS county to OPO assignment is used.



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# A. Description of the Donation Service Area (DSA) Served by NYRT

**Figure A1. Donation service area of NYRT**



● Location of OPO headquarters

**Figure A2. Counties served by NYRT**



● Locations of transplant programs
  (See Tables A1 and G1 for more details)

**Table A1. Transplant programs\* in NYRT's DSA**

| Hospital Name (Code) | HR | IN | KI | LI | LU | PA |
|---|---|---|---|---|---|---|
| Montefiore Medical Center (NYMA) | X | | X | X | | X |
| Mount Sinai Medical Center (NYMS) | X | X | X | X | | X |
| New York-Presbyterian Hospital/Weill Cornell Medical Center (NYNY) | | | X | X | | X |
| New York University Medical Center (NYUC) | | | X | X | | |
| North Shore University Hospital (NYNS) | | | X | | | |
| NY Presbyterian Hospital/Columbia Univ. Medical Center (NYCP) | X | X | X | X | X | X |
| State University of New York, Downstate Medical Center (NYDS) | | | X | | | |
| University Hospital of State University of New York at Stony Brook (NYSB) | | | X | | | |
| Westchester Medical Center (NYWC) | X | | X | X | | |

\*Performed at least one transplant of that type from 01/01/2015 to 12/31/2015.

The data reported here were prepared by the Scientific Registry of Transplant Recipients (SRTR) under contract with the Health Resources and Services Administration (HRSA).



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# B. US Population Density, Deaths, Death Rates, and Donations

## Figure B1. Population density*

Population of NYRT's DSA: 13,376,170. This ranks 2nd among the 58 DSAs (1st is the highest).

Land area of NYRT's DSA: 4,486 square miles. This ranks 55th among the 58 DSAs (1st is the highest).

*US Census Bureau, 2013 projected population/2010 land area



Persons Per Square Mile

- < 13
- 13 - 33
- 33 - 67
- 67 - 189
- > 189

## Figure B2. Deaths per 1000 population*

Deaths within NYRT's DSA: 93,762. This ranks 5th among the 58 DSAs (1st is the highest).

Death rate within NYRT's DSA: 7.01. This ranks 50th among the 58 DSAs (1st is the highest).

*US Census Bureau, 2013 projected death (includes all deaths, not limited to eligible deaths) and population



Deaths Per 1000 Population

- < 7.51
- 7.51 - 8.96
- 8.96 - 10.22
- 10.22 - 11.68
- > 11.68

## Figure B3. Deaths per 1000 square miles*

Deaths per 1000 square miles within NYRT's DSA: 20,901. This ranks 1st among the 58 DSAs (1st is the highest).

*US Census Bureau, 2013 projected death (includes all deaths, not limited to eligible deaths) and population



Deaths Per 1000 Square Miles

- < 120
- 120 - 340
- 340 - 658
- 658 - 1655
- > 1655

The data reported here were prepared by the Scientific Registry of Transplant Recipients (SRTR) under contract with the Health Resources and Services Administration (HRSA).

Page: 7



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# B. US Population Density, Deaths, Death Rates, and Donations

**Table B1. Measures of donation rate\*, 01/01/2015 to 12/31/2015**

|  | NYRT | National | | |
|---|---|---|---|---|
|  |  | Min. | Average | Max. |
| Eligible Deaths | 293 | 41 | 168.84 | 554 |
| Deceased Donors (All) | 220 | 39 | 156.55 | 483 |
| Deceased Donors Meeting Eligibility Criteria | 178 | 29 | 121.88 | 389 |
| Observed Donation Rate Per 100 Eligible Deaths | 60.8 | 59.3 | 72.2 | 89.3 |
| Expected Donation Rate Per 100 Eligible Deaths | 68.4 |  |  |  |
| Standardized Donation Rate Ratio (95% CI) | 0.89 (0.80,0.97) |  |  |  |
| P Value | <0.01 |  |  |  |

\*The donation rate is calculated as the number of deceased donors meeting eligibility criteria per 100 eligible deaths.

**Figure B4. Standardized donation rate ratios (observed/expected), 01/01/2015 to 12/31/2015**



**Figure B5. Donations per 100 eligible deaths,  01/01/2011 to 12/31/2015**





**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# B. US Population Density, Deaths, Death Rates, and Donations

**Table B2. Measures of donation rates by hospital, 01/01/2015 to 12/31/2015**

| Hospital Name<br>City, State | Donors Meeting Eligible Death Def. | Eligible Deaths | Observed Donation Rate | Expected Donation Rate | Additional Donors |
|---|---|---|---|---|---|
| Southside Hosp<br>Bay Shore, NY | 4 | 8 | 50 | 70.6 | 0 |
| Bronx-Lebanon Hosp Ctr<br>Bronx, NY | 3 | 6 | 50 | 64.4 | 1 |
| Montefiore Medical Center - Moses Campus<br>Bronx, NY | 4 | 10 | 40 | 66.2 | 0 |
| Nyc Health + Hospitals / Jacobi<br>Bronx, NY | 3 | 9 | 33.3 | 63.7 | 0 |
| Nyc Health + Hospitals / Lincoln<br>Bronx, NY | 5 | 11 | 45.5 | 65.1 | 2 |
| St. Barnabas Hospital<br>Bronx, NY | 8 | 8 | 100 | 67.7 | 0 |
| Nyp/Lawrence Hospital<br>Bronxville, NY | 1 | 1 | 100 | 77 | 0 |
| Brookdale University Hospital And Medical Center<br>Brooklyn, NY | 2 | 4 | 50 | 63.6 | 0 |
| Brooklyn Hospital Center<br>Brooklyn, NY | 1 | 1 | 100 | 54.5 | 0 |
| Maimonides Medical Center<br>Brooklyn, NY | 0 | 2 | 0 | 60.2 | 0 |
| New York Methodist Hospital<br>Brooklyn, NY | 1 | 2 | 50 | 69.4 | 2 |
| Nyc Health + Hospitals / Coney Island<br>Brooklyn, NY | 1 | 2 | 50 | 56.3 | 0 |
| Nyc Health + Hospitals / Kings County<br>Brooklyn, NY | 1 | 5 | 20 | 64.4 | 1 |
| Nyc Health + Hospitals / Woodhull<br>Brooklyn, NY | 2 | 3 | 66.7 | 53.8 | 0 |
| Nyu Lutheran<br>Brooklyn, NY | 3 | 5 | 60 | 67.7 | 0 |
| University Hospital Of Brooklyn - Suny Downstate Med Ctr<br>Brooklyn, NY | 1 | 2 | 50 | 54.4 | 0 |
| Wyckoff Heights Medical Center<br>Brooklyn, NY | 2 | 5 | 40 | 70.4 | 0 |
| St. Luke's Cornwall Hospital - Cornwall Division<br>Cornwall, NY | 1 | 1 | 100 | 85.5 | 0 |
| Nassau University Medical Center<br>East Meadow, NY | 2 | 5 | 40 | 71.8 | 0 |
| St. John's Episcopal Hosp, South Shore<br>Far Rockaway, NY | 1 | 1 | 100 | 84.6 | 1 |

The data reported here were prepared by the Scientific Registry of Transplant Recipients (SRTR) under contract with the Health Resources and Services Administration (HRSA).



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# B. US Population Density, Deaths, Death Rates, and Donations

Table B2. Measures of donation rates by hospital, 01/01/2015 to 12/31/2015 (continued)

| Hospital Name<br>City, State | Donors<br>Meeting<br>Eligible<br>Death<br>Def. | Eligible<br>Deaths | Observed<br>Donation<br>Rate | Expected<br>Donation<br>Rate | Additional<br>Donors |
|---|---|---|---|---|---|
| Newyork-Presbyterian/Queens<br>Flushing, NY | 2 | 4 | 50 | 58.3 | 0 |
| Nyc Health + Hospitals / Elmhurst<br>Flushing, NY | 9 | 11 | 81.8 | 69.8 | 1 |
| Orange Regional Medical Center<br>Goshen, NY | 1 | 1 | 100 | 57.8 | 0 |
| Huntington Hospital<br>Huntington, NY | 1 | 2 | 50 | 81 | 0 |
| Jamaica Hospital Medical Center<br>Jamaica, NY | 10 | 19 | 52.6 | 58.5 | 1 |
| Nyc Health + Hospitals / Queens<br>Jamaica, NY | 2 | 3 | 66.7 | 76.6 | 0 |
| Mount Sinai Queens<br>Long Island City, NY | 1 | 1 | 100 | 67.2 | 0 |
| North Shore University Hosp Manhasset<br>Manhasset, NY | 5 | 7 | 71.4 | 69 | 2 |
| Mount Sinai St. Luke's<br>Manhattan, NY | 3 | 6 | 50 | 62.6 | 0 |
| Winthrop-University Hospital<br>Mineola, NY | 5 | 7 | 71.4 | 69 | 0 |
| Long Island Jewish Medical Center<br>New Hyde Park, NY | 5 | 8 | 62.5 | 67.7 | 1 |
| Lenox Hill Hospital<br>New York, NY | 1 | 1 | 100 | 52.9 | 0 |
| Mount Sinai Beth Israel<br>New York, NY | 0 | 2 | 0 | 54.3 | 1 |
| Nyc Health + Hospitals / Bellevue<br>New York, NY | 6 | 12 | 50 | 66.8 | 0 |
| Nyc Health + Hospitals / Harlem<br>New York, NY | 0 | 3 | 0 | 61 | 1 |
| Nyc Health + Hospitals / Metropolitan<br>New York, NY | 0 | 2 | 0 | 52.7 | 0 |
| Nyp/Columbia University Medical Center<br>New York, NY | 9 | 13 | 69.2 | 65.4 | 1 |
| Nyp/Lower Manhattan Hospital<br>New York, NY | 1 | 1 | 100 | 59.9 | 0 |
| Nyp/Weill Cornell Medical Center<br>New York, NY | 5 | 7 | 71.4 | 68.3 | 4 |
| Nyu Langone Medical Center<br>New York, NY | 2 | 2 | 100 | 68.7 | 1 |

The data reported here were prepared by the Scientific Registry of Transplant Recipients (SRTR) under contract with the Health Resources and Services Administration (HRSA).



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# B. US Population Density, Deaths, Death Rates, and Donations

## Table B2. Measures of donation rates by hospital, 01/01/2015 to 12/31/2015 (continued)

| Hospital Name<br>City, State | Donors Meeting Eligible Death Def. | Eligible Deaths | Observed Donation Rate | Expected Donation Rate | Additional Donors |
|---|---|---|---|---|---|
| The Mount Sinai Hospital<br>New York, NY | 8 | 13 | 61.5 | 65.9 | 2 |
| Va Medical Center Manhattan<br>New York, NY | 1 | 1 | 100 | 76.5 | 0 |
| St. Luke's Cornwall Hospital - Newburgh Division<br>Newburgh, NY | 3 | 4 | 75 | 78.4 | 0 |
| Nyack Hospital<br>Nyack, NY | 2 | 2 | 100 | 59.1 | 1 |
| South Nassau Community Hospital<br>Oceanside, NY | 0 | 1 | 0 | 58.1 | 2 |
| Brookhaven Memorial Hospital And Medical Center<br>Patchogue, NY | 2 | 2 | 100 | 85.3 | 2 |
| Nyp/Hudson Valley Hospital<br>Peekskill, NY | 3 | 3 | 100 | 85.4 | 0 |
| Midhudson Regional Hospital Of Westchester Medical Center<br>Poughkeepsie, NY | 3 | 3 | 100 | 78.5 | 1 |
| Vassar Brothers Medical Center<br>Poughkeepsie, NY | 3 | 4 | 75 | 73.3 | 0 |
| Mercy Medical Center<br>Rockville Centre, NY | 1 | 1 | 100 | 86 | 0 |
| St. Francis Roslyn<br>Roslyn, NY | 1 | 1 | 100 | 79.1 | 0 |
| St. Catherine Of Sienna Medical Center<br>Smithtown, NY | 1 | 1 | 100 | 81 | 0 |
| Southampton Hospital<br>Southampton, NY | 1 | 1 | 100 | 78.9 | 0 |
| Richmond University Medical Center<br>Staten Island, NY | 3 | 4 | 75 | 69.2 | 1 |
| Staten Island University Hospital - North<br>Staten Island, NY | 6 | 10 | 60 | 69.9 | 3 |
| Good Samaritan Regional Medical Center<br>Suffern, NY | 2 | 3 | 66.7 | 51.8 | 1 |
| Stony Brook University Hospital<br>Suny Stony Brook, NY | 6 | 10 | 60 | 78.4 | 1 |
| Westchester Medical Center<br>Valhalla, NY | 10 | 18 | 55.6 | 74.6 | 3 |
| Franklin Hospital Medical Center<br>Valley Stream, NY | 1 | 1 | 100 | 65.1 | 0 |
| St. Anthony Community Hospital<br>Warwick, NY | 1 | 1 | 100 | 85.7 | 0 |



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# B. US Population Density, Deaths, Death Rates, and Donations

**Table B2. Measures of donation rates by hospital, 01/01/2015 to 12/31/2015 (continued)**

| Hospital Name<br>City, State | Donors Meeting Eligible Death Def. | Eligible Deaths | Observed Donation Rate | Expected Donation Rate | Additional Donors |
|---|---|---|---|---|---|
| Good Samaritan Hospital Medical Center<br>West Islip, NY | 6 | 6 | 100 | 79.6 | 4 |
| St. John's Riverside - Andrus Pavillion<br>Yonkers, NY | 0 | 0 | -- | -- | 1 |
| **Total** | 178 | 293 | | | 42 |



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# C. Organ Utilization

### Figure C1. Total donors and organs transplanted



### Figure C2. DBD donors and organs transplanted



### Figure C3. DCD donors and organs transplanted





**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# C. Organ Utilization

**Table C1. Organ utilization, 01/01/2015 to 12/31/2015**

| Organ | Organs Authorized | Not Recovered* | Recovered Not for Transplant* | Recovered for Transplant, Not Transplanted* | Recovered for Transplant, Transplanted* |
|---|---|---|---|---|---|
| Heart | 187 | 98 | 20 | 0 | 69 |
| Intestine | 194 | 139 | 54 | 0 | 1 |
| Kidney | 424 | 77 | 0 | 51 | 296 |
| Liver | 216 | 26 | 9 | 14 | 169 |
| Lung | 402 | 272 | 73 | 8 | 49 |
| Pancreas | 207 | 122 | 53 | 5 | 27 |

*Each liver or pancreas segment is counted separately. Pancreas islet cells are not included.

**Table C2. Organ specific donation rates per 100 eligible deaths*, 01/01/2015 to 12/31/2015**

| Organ | Observed | Expected | P Value |
|---|---|---|---|
| Heart | 23.5 | 23.3 | 0.891 |
| Kidney | 50.5 | 61.7 | <0.01 |
| Liver | 54.3 | 61.8 | 0.015 |
| Lung | 9.9 | 16.1 | <0.01 |
| Pancreas | 10.2 | 9.5 | 0.508 |

*Organ-specific rates are calculated as the number of deceased donors meeting eligibility criteria donating at least one organ of that type per 100 eligible deaths.

**Figure C4. Standardized donation rate ratio, 01/01/2015 to 12/31/2015**



**Figure C5. Organs recovered per donor, 01/01/2015 to 12/31/2015 (unadjusted for donor characteristics)**





SCIENTIFIC REGISTRY OF TRANSPLANT RECIPIENTS

**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

## C. Organ Utilization

### Figure C6. Organs transplanted per donor, 01/01/2015 to 12/31/2015 (unadjusted for donor characteristics)

### Figure C7. Trends in organs transplanted per donor





**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback? SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# C. Organ Utilization

**Table C3. Observed and expected organ yield, 01/01/2014 to 12/31/2015**

| Number of Donors: 455 | Aggregate Organ | Heart | Intestine | Kidney | Liver | Lung* | Pancreas |
|---|---|---|---|---|---|---|---|
| Observed Number of Transplanted Organs | 1191 | 131 | 2 | 594 | 368 | 46 | 50 |
| Expected Number of Transplanted Organs | 1206 | 127 | 8 | 612 | 347 | 75 | 38 |
| Observed Number of Transplanted Organs per 100 Donors | 261.8 | 28.8 | 0.4 | 130.5 | 80.9 | 10.1 | 11 |
| Expected Number of Transplanted Organs per 100 Donors | 265.1 | 27.9 | 1.7 | 134.5 | 76.2 | 16.5 | 8.2 |
| Observed per 100 - Expected per 100 | -3.3 | 0.9 | -1.3 | -4 | 4.7 | -6.4 | 2.7 |
| Observed to Expected (O/E) Ratio | 0.99 | 1.03 | 0.26 | 0.97 | 1.06 | 0.61 | 1.33 |
| P Value | 0.402 | 0.528 | <0.01 | 0.138 | <0.01 | <0.01 | 0.016 |

*Lung yield is calculated as the number of donors that had at least one lung transplanted.

**Figure C8. Observed/expected yield by organ, 01/01/2014 to 12/31/2015 (adjusted)**



The data reported here were prepared by the Scientific Registry of Transplant Recipients (SRTR) under contract with the Health Resources and Services Administration (HRSA).



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback? SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# C. Organ Utilization

**Figure C9. Trends in total organs transplanted per DBD/DCD donor**



**Figure C10. Total organs transplanted per DBD donor, 01/01/2015 to 12/31/2015 (unadjusted for donor characteristics)**



**Figure C11. Total organs transplanted per DCD donor, 01/01/2015 to 12/31/2015 (unadjusted for donor characteristics)**



The data reported here were prepared by the Scientific Registry of Transplant Recipients (SRTR) under contract with the Health Resources and Services Administration (HRSA).



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# D. Description of Donors Recovered by NYRT

**Table D1. Characteristics of all deceased donors recovered, 01/01/2014 to 12/31/2015**

|  | This OPO | | United States | |
|  | Jan 2014-<br>Dec 2014 | Jan 2015-<br>Dec 2015 | Jan 2014-<br>Dec 2014 | Jan 2015-<br>Dec 2015 |
|---|---|---|---|---|
| **Number of Donors** | 235 | 220 | 8,596 | 9,080 |
| **Race (%)** | | | | |
| White | 39.6 | 45.0 | 66.4 | 65.7 |
| African-American | 23.4 | 21.8 | 16.6 | 17.1 |
| Hispanic/Latino | 33.6 | 28.6 | 13.3 | 13.6 |
| Asian | 3.4 | 4.1 | 2.8 | 2.8 |
| Other | 0.0 | 0.5 | 0.9 | 0.8 |
| **Age (%)** | | | | |
| 0-1 Years | 0.9 | 1.8 | 2.2 | 2.6 |
| 2-11 Years | 3.0 | 1.8 | 3.3 | 3.4 |
| 12-17 Years | 2.6 | 2.3 | 4.3 | 4.4 |
| 18-34 Years | 20.9 | 27.3 | 28.8 | 29.8 |
| 35-49 Years | 28.5 | 20.9 | 26.7 | 26.1 |
| 50-64 Years | 35.7 | 30.5 | 27.6 | 26.9 |
| 65+ Years | 8.5 | 15.5 | 7.1 | 6.8 |
| **Gender (%)** | | | | |
| Male | 62.6 | 61.8 | 60.1 | 60.4 |
| Female | 37.4 | 38.2 | 39.9 | 39.6 |
| **Blood Type (%)** | | | | |
| O | 51.5 | 51.4 | 47.7 | 48.5 |
| A | 31.9 | 31.8 | 36.8 | 36.4 |
| B | 10.2 | 13.6 | 11.9 | 11.4 |
| AB | 6.4 | 3.2 | 3.5 | 3.6 |
| **Cause of Death (%)** | | | | |
| Anoxia | 43.8 | 40.0 | 33.7 | 37.8 |
| Stroke | 37.4 | 35.5 | 32.4 | 29.4 |
| CNS Tumor | 1.3 | 0.0 | 0.4 | 0.4 |
| Head Trauma | 15.7 | 23.6 | 30.8 | 29.8 |
| Other | 1.7 | 0.9 | 2.7 | 2.6 |
| Unknown | 0.0 | 0.0 | 0.0 | 0.0 |
| **Donors After Cardiac Death (%)** | 7.7 | 11.8 | 15.0 | 16.5 |



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# E. Programs Transplanting Organs Procured by NYRT

**Figure E1. Programs transplanting hearts procured by NYRT, 01/01/2015 to 12/31/2015***



●    Location of OPO headquarters

* Transplants within the local area of the OPO are not always visible on the map due to scale. See Table E1 for full details.

**Table E1. Programs transplanting hearts procured by NYRT, 01/01/2015 to 12/31/2015**

| Hospital Name (Code) | Geography* | Transplants |
|---|---|---|
| Montefiore Medical Center (NYMA) | Local | 10 |
| Mount Sinai Medical Center (NYMS) | Local | 19 |
| NY Presbyterian Hospital/Columbia Univ. Medical Center (NYCP) | Local | 21 |
| Westchester Medical Center (NYWC) | Local | 11 |
| Boston Children's Hospital (MACH) | National | 1 |
| Children's Hospital of Philadelphia (PACP) | National | 2 |
| Children's National Medical Center (DCCH) | National | 1 |
| Newark Beth Israel Medical Center (NJBI) | National | 1 |
| University of Virginia Health Sciences Center (VAUV) | National | 3 |

* Local = within same DSA; Regional = within same OPTN region, but not same DSA; National = not within same DSA or OPTN region



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# E. Programs Transplanting Organs Procured by NYRT

**Figure E2. Programs transplanting intestines procured by NYRT, 01/01/2015 to 12/31/2015***



●   Location of OPO headquarters

* Transplants within the local area of the OPO are not always visible on the map due to scale. See Table E2 for full details.

**Table E2. Programs transplanting intestines procured by NYRT, 01/01/2015 to 12/31/2015**

| Hospital Name (Code) | Geography* | Transplants |
|---|---|---|
| Mount Sinai Medical Center (NYMS) | Local | 1 |

* Local = within same DSA; Regional = within same OPTN region, but not same DSA; National = not within same DSA or OPTN region



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# E. Programs Transplanting Organs Procured by NYRT

**Figure E3. Programs transplanting kidneys procured by NYRT, 01/01/2015 to 12/31/2015***



●   Location of OPO headquarters

* Transplants within the local area of the OPO are not always visible on the map due to scale. See Table E3 for full details.

**Table E3. Programs transplanting kidneys procured by NYRT, 01/01/2015 to 12/31/2015**

| Hospital Name (Code) | Geography* | Transplants |
|---|---|---|
| Montefiore Medical Center (NYMA) | Local | 28 |
| Mount Sinai Medical Center (NYMS) | Local | 59 |
| New York-Presbyterian Hospital/Weill Cornell Medical Center (NYNY) | Local | 43 |
| New York University Medical Center (NYUC) | Local | 14 |
| North Shore University Hospital (NYNS) | Local | 7 |
| NY Presbyterian Hospital/Columbia Univ. Medical Center (NYCP) | Local | 33 |
| State University of New York, Downstate Medical Center (NYDS) | Local | 22 |
| University Hospital of State University of New York at Stony Brook (NYSB) | Local | 19 |
| Westchester Medical Center (NYWC) | Local | 23 |
| Erie County Medical Center (NYEC) | Regional | 5 |
| Strong Memorial Hospital, University of Rochester Medical Center (NYFL) | Regional | 1 |
| Banner University Medical Center-Tucson (AZUA) | National | 1 |
| Boston Medical Center (MABU) | National | 1 |
| California Pacific Medical Center (CAPM) | National | 1 |
| Cedars-Sinai Medical Center (CACS) | National | 1 |
| Emory University Hospital (GAEM) | National | 2 |
| Georgia Health Sciences Medical Center (GAMC) | National | 2 |
| Hartford Hospital (CTHH) | National | 2 |

* Local = within same DSA; Regional = within same OPTN region, but not same DSA; National = not within same DSA or OPTN region

The data reported here were prepared by the Scientific Registry of Transplant Recipients (SRTR)
under contract with the Health Resources and Services Administration (HRSA).



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# E. Programs Transplanting Organs Procured by NYRT

**Table E3. Programs transplanting kidneys procured by NYRT, 01/01/2015 to 12/31/2015  (continued)**

| Hospital Name (Code) | Geography* | Transplants |
|---|---|---|
| Hospital of the University of Pennsylvania (PAUP) | National | 1 |
| Inova Fairfax Hospital (VAFH) | National | 1 |
| Johns Hopkins Hospital (MDJH) | National | 4 |
| Keck Hospital of USC (CAUH) | National | 1 |
| Las Palmas Medical Center (TXLP) | National | 1 |
| Loma Linda University Medical Center (CALL) | National | 1 |
| Maine Medical Center (MEMC) | National | 1 |
| Methodist Dallas Medical Center (TXMC) | National | 1 |
| Methodist University Hospital (TNMH) | National | 1 |
| Our Lady of Lourdes Medical Center (NJLL) | National | 1 |
| Saint Barnabas Medical Center (NJSB) | National | 1 |
| Scripps Green Hospital (CAGH) | National | 1 |
| Stanford University Medical Center (CASU) | National | 1 |
| The Cleveland Clinic Foundation (OHCC) | National | 1 |
| The Nebraska Medical Center (NEUN) | National | 1 |
| UAMS Medical Center (ARUA) | National | 1 |
| University of Alabama Hospital (ALUA) | National | 1 |
| University of California Davis Medical Center (CASM) | National | 1 |
| University of California San Diego Medical Center (CASD) | National | 1 |
| University of Colorado Hospital/Health Science Center (COUC) | National | 1 |
| University of Maryland Medical System (MDUM) | National | 3 |
| University of Michigan Medical Center (MIUM) | National | 1 |
| University of Minnesota Medical Center, Fairview (MNUM) | National | 1 |
| Wake Forest Baptist Medical Center (NCBG) | National | 2 |

* Local = within same DSA; Regional = within same OPTN region, but not same DSA; National = not within same DSA or OPTN region

The data reported here were prepared by the Scientific Registry of Transplant Recipients (SRTR)
under contract with the Health Resources and Services Administration (HRSA).



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# E. Programs Transplanting Organs Procured by NYRT

**Figure E4. Programs transplanting livers procured by NYRT, 01/01/2015 to 12/31/2015***



● Location of OPO headquarters

* Transplants within the local area of the OPO are not always visible on the map due to scale. See Table E4 for full details.

**Table E4. Programs transplanting livers procured by NYRT, 01/01/2015 to 12/31/2015**

| Hospital Name (Code) | Geography* | Transplants |
|---|---|---|
| Montefiore Medical Center (NYMA) | Local | 9 |
| Mount Sinai Medical Center (NYMS) | Local | 62 |
| New York-Presbyterian Hospital/Weill Cornell Medical Center (NYNY) | Local | 6 |
| New York University Medical Center (NYUC) | Local | 10 |
| NY Presbyterian Hospital/Columbia Univ. Medical Center (NYCP) | Local | 45 |
| Westchester Medical Center (NYWC) | Local | 14 |
| Strong Memorial Hospital, University of Rochester Medical Center (NYFL) | Regional | 15 |
| California Pacific Medical Center (CAPM) | National | 1 |
| Hospital of the University of Pennsylvania (PAUP) | National | 1 |
| Johns Hopkins Hospital (MDJH) | National | 1 |
| Lahey Clinic Medical Center (MALC) | National | 3 |
| Rochester Methodist Hospital (Mayo Clinic) (MNMC) | National | 1 |
| The Cleveland Clinic Foundation (OHCC) | National | 1 |

* Local = within same DSA; Regional = within same OPTN region, but not same DSA; National = not within same DSA or OPTN region



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# E. Programs Transplanting Organs Procured by NYRT

**Figure E5. Programs transplanting lungs procured by NYRT, 01/01/2015 to 12/31/2015***



●  Location of OPO headquarters

* Transplants within the local area of the OPO are not always visible on the map due to scale. See Table E5 for full details.

**Table E5. Programs transplanting lungs procured by NYRT, 01/01/2015 to 12/31/2015**

| Hospital Name (Code) | Geography* | Transplants |
|---|---|---|
| NY Presbyterian Hospital/Columbia Univ. Medical Center (NYCP) | Local | 27 |
| Brigham and Women's Hospital (MAPB) | National | 2 |
| Duke University Hospital (NCDU) | National | 4 |
| Hospital of the University of Pennsylvania (PAUP) | National | 9 |
| Tampa General Hospital (FLTG) | National | 2 |
| Temple University Hospital (PATU) | National | 3 |
| University of Pittsburgh Medical Center (PAPT) | National | 2 |

* Local = within same DSA; Regional = within same OPTN region, but not same DSA; National = not within same DSA or OPTN region

The data reported here were prepared by the Scientific Registry of Transplant Recipients (SRTR) under contract with the Health Resources and Services Administration (HRSA).



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# E. Programs Transplanting Organs Procured by NYRT

**Figure E6. Programs transplanting pancreata procured by NYRT, 01/01/2015 to 12/31/2015***



● Location of OPO headquarters

* Transplants within the local area of the OPO are not always visible on the map due to scale. See Table E6 for full details.

**Table E6. Programs transplanting pancreata procured by NYRT, 01/01/2015 to 12/31/2015**

| Hospital Name (Code) | Geography* | Transplants |
|---|---|---|
| Montefiore Medical Center (NYMA) | Local | **5** |
| Mount Sinai Medical Center (NYMS) | Local | **2** |
| New York-Presbyterian Hospital/Weill Cornell Medical Center (NYNY) | Local | **5** |
| NY Presbyterian Hospital/Columbia Univ. Medical Center (NYCP) | Local | **12** |
| Rochester Methodist Hospital (Mayo Clinic) (MNMC) | National | **1** |
| University of Illinois Medical Center (ILUI) | National | **1** |
| University of Wisconsin Hospital and Clinics (WIUW) | National | **1** |

* Local = within same DSA; Regional = within same OPTN region, but not same DSA; National = not within same DSA or OPTN region

The data reported here were prepared by the Scientific Registry of Transplant Recipients (SRTR)
under contract with the Health Resources and Services Administration (HRSA).          Page: 25



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# F. Transplants Facilitated by NYRT

**Table F1. Characteristics of deceased donor heart-lung recipients**

No data available for this table, 01/01/2014 to 12/31/2015

The data reported here were prepared by the Scientific Registry of Transplant Recipients (SRTR) under contract with the Health Resources and Services Administration (HRSA).



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# F. Transplants Facilitated by NYRT

**Table F2. Characteristics of deceased donor heart recipients**

|  | This OPO | | United States | |
|---|---|---|---|---|
|  | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 |
| **Total Number of Transplants** | 62 | 69 | 2,653 | 2,801 |
| **Race (%)** | | | | |
| White | 45.2 | 47.8 | 64.3 | 61.4 |
| African-American | 35.5 | 26.1 | 21.1 | 21.7 |
| Hispanic/Latino | 17.7 | 15.9 | 9.5 | 11.0 |
| Asian | 1.6 | 10.1 | 3.8 | 4.8 |
| Other | 0.0 | 0.0 | 1.3 | 1.0 |
| **Age (%)** | | | | |
| 0-1 Years | 4.8 | 4.3 | 6.0 | 6.0 |
| 2-11 Years | 4.8 | 5.8 | 4.7 | 5.6 |
| 12-17 Years | 3.2 | 7.2 | 4.6 | 4.6 |
| 18-34 Years | 6.5 | 5.8 | 9.6 | 8.0 |
| 35-49 Years | 19.4 | 18.8 | 14.9 | 17.9 |
| 50-64 Years | 43.5 | 39.1 | 42.8 | 41.9 |
| 65+ Years | 17.7 | 18.8 | 17.5 | 15.9 |
| **Gender (%)** | | | | |
| Male | 66.1 | 69.6 | 71.0 | 71.5 |
| Female | 33.9 | 30.4 | 29.0 | 28.5 |
| **Blood Type (%)** | | | | |
| O | 53.2 | 46.4 | 40.4 | 40.5 |
| A | 25.8 | 33.3 | 39.0 | 38.1 |
| B | 16.1 | 15.9 | 14.8 | 15.3 |
| AB | 4.8 | 4.3 | 5.8 | 6.1 |
| **Medical Urgency Status (%)** | | | | |
| 1A | 82.3 | 94.2 | 69.4 | 70.0 |
| 1B | 16.1 | 4.3 | 26.3 | 27.3 |
| 2 | 1.6 | 1.4 | 4.3 | 2.7 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 |
| **Primary Cause of Disease (%)** | | | | |
| Cardiomyopathy | 54.8 | 53.6 | 55.6 | 58.3 |
| Coronary Artery Disease | 32.3 | 30.4 | 31.4 | 29.6 |
| Valvular Heart Disease | 3.2 | 1.4 | 1.3 | 0.8 |
| Congenital Heart Disease | 9.7 | 13.0 | 10.8 | 10.3 |
| Retransplant/Graft Failure | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | 0.7 | 0.9 |
| Missing | 0.0 | 1.4 | 0.2 | 0.1 |



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# F. Transplants Facilitated by NYRT

**Table F3. Characteristics of deceased donor intestine recipients**

| | This OPO | | United States | |
| | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 |
|---|---|---|---|---|
| **Total Number of Transplants** | 1 | 1 | 137 | 139 |
| **Race (%)** | | | | |
| White | 100.0 | 0.0 | 65.0 | 63.3 |
| African-American | 0.0 | 0.0 | 15.3 | 14.4 |
| Hispanic/Latino | 0.0 | 100.0 | 15.3 | 18.0 |
| Asian | 0.0 | 0.0 | 3.6 | 2.9 |
| Other | 0.0 | 0.0 | 0.7 | 1.4 |
| **Age (%)** | | | | |
| 0-1 Years | 0.0 | 0.0 | 8.8 | 13.7 |
| 2-11 Years | 0.0 | 0.0 | 27.0 | 24.5 |
| 12-17 Years | 0.0 | 0.0 | 5.1 | 3.6 |
| 18-34 Years | 0.0 | 100.0 | 13.1 | 20.1 |
| 35-49 Years | 100.0 | 0.0 | 20.4 | 20.9 |
| 50-64 Years | 0.0 | 0.0 | 24.1 | 15.8 |
| 65+ Years | 0.0 | 0.0 | 1.5 | 1.4 |
| **Gender (%)** | | | | |
| Male | 0.0 | 0.0 | 46.0 | 46.8 |
| Female | 100.0 | 100.0 | 54.0 | 53.2 |
| **Blood Type (%)** | | | | |
| O | 0.0 | 0.0 | 46.0 | 52.5 |
| A | 100.0 | 0.0 | 35.8 | 28.1 |
| B | 0.0 | 100.0 | 16.1 | 14.4 |
| AB | 0.0 | 0.0 | 2.2 | 5.0 |
| **Primary Cause of Disease (%)** | | | | |
| Short Gut Syndrom | 100.0 | 0.0 | 73.0 | 59.7 |
| Functional Bowel Problem | 0.0 | 0.0 | 5.8 | 15.1 |
| Other | 0.0 | 100.0 | 20.4 | 25.2 |
| Missing | 0.0 | 0.0 | 0.7 | 0.0 |



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# F. Transplants Facilitated by NYRT

**Table F4. Characteristics of deceased donor kidney recipients (demographic)**

|  | This OPO | | United States | |
|  | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 |
|---|---|---|---|---|
| **Total Number of Transplants** | 274 | 274 | 11,570 | 12,249 |
| **Race (%)** | | | | |
| White | 28.8 | 24.1 | 42.3 | 37.0 |
| African-American | 39.8 | 43.1 | 31.3 | 35.6 |
| Hispanic/Latino | 20.8 | 24.1 | 17.0 | 18.6 |
| Asian | 9.5 | 8.4 | 7.6 | 7.1 |
| Other | 1.1 | 0.4 | 1.7 | 1.7 |
| Unknown | 0.0 | 0.0 | 0.0 | 0.0 |
| **Age (%)** | | | | |
| 0-1 Years | 0.0 | 0.0 | 0.2 | 0.0 |
| 2-11 Years | 1.5 | 2.6 | 1.5 | 1.7 |
| 12-17 Years | 5.5 | 3.3 | 2.4 | 2.1 |
| 18-34 Years | 8.0 | 12.0 | 8.9 | 12.3 |
| 35-49 Years | 18.2 | 26.3 | 24.0 | 27.0 |
| 50-64 Years | 42.3 | 37.6 | 40.9 | 38.4 |
| 65+ Years | 24.5 | 18.2 | 22.1 | 18.3 |
| **Gender (%)** | | | | |
| Male | 62.8 | 63.1 | 61.1 | 59.9 |
| Female | 37.2 | 36.9 | 38.9 | 40.1 |



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# F. Transplants Facilitated by NYRT

**Table F5. Characteristics of deceased donor kidney recipients (clinical)**

| | This OPO | | United States | |
| --- | --- | --- | --- | --- |
| | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 |
| **Total Number of Transplants** | 274 | 274 | 11,570 | 12,249 |
| **Blood Type (%)** | | | | |
| O | 47.4 | 50.7 | 45.3 | 46.3 |
| A | 36.5 | 32.1 | 36.5 | 34.7 |
| B | 9.5 | 13.5 | 13.2 | 13.1 |
| AB | 6.6 | 3.6 | 4.9 | 5.9 |
| **Calculated Panel Reactive Antibody (CPRA%)** | | | | |
| 0-9 | 64.6 | 66.8 | 53.9 | 56.2 |
| 10-79 | 13.1 | 13.5 | 26.8 | 21.3 |
| 80+ | 22.3 | 19.7 | 19.3 | 22.4 |
| **Primary Cause of Disease (%)** | | | | |
| Glomerular Diseases | 14.2 | 19.3 | 21.9 | 23.1 |
| Tubular and Interstitial Disease | 3.3 | 3.3 | 4.5 | 3.9 |
| Polycystic Kidneys | 7.3 | 5.8 | 7.9 | 6.3 |
| Congenital, Familial, Metabolic | 1.5 | 1.5 | 3.0 | 3.2 |
| Diabetes | 24.5 | 21.2 | 27.2 | 24.8 |
| Renovascular & Vascular Diseases | 0.0 | 0.0 | 0.2 | 0.2 |
| Neoplasms | 0.7 | 1.1 | 0.4 | 0.4 |
| Hypertensive Nephrosclerosis | 31.4 | 34.7 | 24.5 | 26.5 |
| Other Kidney | 15.7 | 13.1 | 10.0 | 11.2 |
| Missing | 1.5 | 0.0 | 0.4 | 0.4 |
| **Kidney from Expanded Criteria Donor (%)** | | | | |
| Yes | 14.6 | 18.2 | 13.2 | 12.6 |
| No | 85.4 | 81.8 | 86.8 | 87.4 |



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# F. Transplants Facilitated by NYRT

**Table F6. Characteristics of deceased kidney-pancreas recipients**

|  | This OPO | | United States | |
|  | Jan 2014-<br>Dec 2014 | Jan 2015-<br>Dec 2015 | Jan 2014-<br>Dec 2014 | Jan 2015-<br>Dec 2015 |
|---|---|---|---|---|
| **Total Number of Transplants** | 19 | 20 | 709 | 719 |
| **Race (%)** | | | | |
| White | 21.1 | 25.0 | 58.7 | 54.2 |
| African-American | 26.3 | 25.0 | 22.7 | 24.3 |
| Hispanic/Latino | 42.1 | 50.0 | 14.7 | 16.6 |
| Asian | 5.3 | 0.0 | 3.4 | 4.3 |
| Other | 5.3 | 0.0 | 0.6 | 0.6 |
| **Age (%)** | | | | |
| 0-1 Years | 0.0 | 0.0 | 0.0 | 0.0 |
| 2-11 Years | 0.0 | 0.0 | 0.1 | 0.0 |
| 12-17 Years | 0.0 | 0.0 | 0.0 | 0.0 |
| 18-34 Years | 31.6 | 35.0 | 23.8 | 26.3 |
| 35-49 Years | 31.6 | 50.0 | 52.0 | 54.1 |
| 50-64 Years | 36.8 | 15.0 | 24.0 | 19.5 |
| 65+ Years | 0.0 | 0.0 | 0.0 | 0.1 |
| **Gender (%)** | | | | |
| Male | 57.9 | 55.0 | 59.0 | 64.1 |
| Female | 42.1 | 45.0 | 41.0 | 35.9 |
| **Blood Type (%)** | | | | |
| O | 57.9 | 65.0 | 46.0 | 48.8 |
| A | 36.8 | 30.0 | 37.0 | 36.3 |
| B | 5.3 | 5.0 | 12.7 | 10.7 |
| AB | 0.0 | 0.0 | 4.4 | 4.2 |
| **Calculated Panel Reactive Antibody (CPRA%)** | | | | |
| 0-9 | 78.9 | 95.0 | 68.8 | 74.5 |
| 10-79 | 10.5 | 5.0 | 24.5 | 21.0 |
| 80+ | 10.5 | 0.0 | 6.6 | 4.5 |



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# F. Transplants Facilitated by NYRT

**Table F7. Characteristics of deceased donor liver recipients (demographic)**

|  | This OPO | | United States | |
|  | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 |
|---|---|---|---|---|
| **Total Number of Transplants** | 205 | 169 | 6,448 | 6,768 |
| **Race (%)** | | | | |
| White | 56.6 | 53.8 | 69.5 | 68.5 |
| African-American | 11.2 | 14.2 | 10.7 | 10.5 |
| Hispanic/Latino | 22.0 | 24.3 | 13.9 | 14.8 |
| Asian | 9.8 | 7.7 | 4.7 | 4.7 |
| Other | 0.5 | 0.0 | 1.3 | 1.5 |
| **Age (%)** | | | | |
| 0-1 Years | 2.0 | 0.6 | 3.0 | 2.7 |
| 2-11 Years | 2.9 | 3.6 | 2.9 | 3.3 |
| 12-17 Years | 2.4 | 1.8 | 1.5 | 1.4 |
| 18-34 Years | 5.4 | 8.9 | 5.7 | 5.6 |
| 35-49 Years | 14.6 | 12.4 | 13.8 | 15.0 |
| 50-64 Years | 50.2 | 52.1 | 57.5 | 54.6 |
| 65+ Years | 22.4 | 20.7 | 15.6 | 17.5 |
| **Gender (%)** | | | | |
| Male | 69.8 | 59.2 | 66.0 | 65.3 |
| Female | 30.2 | 40.8 | 34.0 | 34.7 |



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# F. Transplants Facilitated by NYRT

**Table F8. Characteristics of deceased donor liver recipients (clinical)**

| | This OPO | | United States | |
|---|---|---|---|---|
| | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 |
| **Total Number of Transplants** | 205 | 169 | 6,448 | 6,768 |
| **Blood Type (%)** | | | | |
| O | 47.3 | 50.3 | 44.9 | 46.0 |
| A | 31.2 | 27.8 | 35.8 | 35.7 |
| B | 13.7 | 15.4 | 14.1 | 13.7 |
| AB | 7.8 | 6.5 | 5.2 | 4.6 |
| **Medical Urgency Status (%)** | | | | |
| Status 1A | 6.3 | 10.7 | 4.3 | 3.8 |
| Status 1B | 1.5 | 1.2 | 1.6 | 1.7 |
| MELD 6-10 | 23.9 | 15.4 | 14.0 | 15.6 |
| MELD 11-14 | 14.1 | 13.6 | 11.9 | 12.2 |
| MELD 15-20 | 15.1 | 14.8 | 17.1 | 17.2 |
| MELD 21-30 | 14.6 | 12.4 | 21.6 | 20.9 |
| MELD 31-40 | 21.0 | 29.0 | 25.9 | 24.8 |
| PELD <= 10 | 1.5 | 2.4 | 1.7 | 1.9 |
| PELD 11-14 | 0.0 | 0.0 | 0.5 | 0.5 |
| PELD 15-20 | 1.0 | 0.6 | 0.6 | 0.4 |
| PELD 21-30 | 0.5 | 0.0 | 0.6 | 0.7 |
| PELD >= 31 | 0.5 | 0.0 | 0.3 | 0.2 |
| **Primary Cause of Disease (%)** | | | | |
| Acute Hepatic Necrosis | 4.9 | 7.7 | 4.4 | 4.2 |
| Non-Cholestatic Cirrhosis | 42.0 | 58.0 | 60.1 | 61.1 |
| Cholestatic Liver Disease/Cirrhosis | 9.3 | 11.2 | 7.5 | 7.8 |
| Biliary Atresia | 2.4 | 3.0 | 2.8 | 2.8 |
| Metabolic Diseases | 3.9 | 2.4 | 3.6 | 3.0 |
| Malignant Neoplasms | 31.7 | 13.0 | 18.1 | 17.3 |
| Other | 5.9 | 4.1 | 3.5 | 3.7 |
| Missing | 0.0 | 0.6 | 0.0 | 0.0 |



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# F. Transplants Facilitated by NYRT

**Table F9. Characteristics of deceased donor lung recipients**

| | This OPO | | United States | |
| | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 |
|---|---|---|---|---|
| **Total Number of Transplants** | 14 | 32 | 1,924 | 2,056 |
| **Race (%)** | | | | |
| White | 85.7 | 84.4 | 82.0 | 80.8 |
| African-American | 7.1 | 9.4 | 8.3 | 9.0 |
| Hispanic/Latino | 0.0 | 3.1 | 7.1 | 7.6 |
| Asian | 7.1 | 0.0 | 2.2 | 1.9 |
| Other | 0.0 | 3.1 | 0.5 | 0.6 |
| **Age (%)** | | | | |
| 0-1 Years | 0.0 | 0.0 | 0.4 | 0.2 |
| 2-11 Years | 0.0 | 0.0 | 0.5 | 0.6 |
| 12-17 Years | 0.0 | 0.0 | 1.5 | 1.2 |
| 18-34 Years | 0.0 | 12.5 | 9.9 | 10.0 |
| 35-49 Years | 7.1 | 9.4 | 12.1 | 12.1 |
| 50-64 Years | 57.1 | 53.1 | 46.8 | 47.1 |
| 65+ Years | 35.7 | 25.0 | 28.8 | 28.8 |
| **Gender (%)** | | | | |
| Male | 50.0 | 59.4 | 61.2 | 59.1 |
| Female | 50.0 | 40.6 | 38.8 | 40.9 |
| **Blood Type (%)** | | | | |
| O | 57.1 | 68.8 | 44.9 | 45.2 |
| A | 21.4 | 25.0 | 39.6 | 39.7 |
| B | 14.3 | 3.1 | 11.5 | 11.3 |
| AB | 7.1 | 3.1 | 4.1 | 3.8 |
| **Primary Cause of Disease (%)** | | | | |
| Congenital Disease | 0.0 | 0.0 | 0.0 | 0.0 |
| Primary Pulmonary Hypertension | 14.3 | 0.0 | 3.6 | 3.6 |
| Cystic Fibrosis | 0.0 | 15.6 | 12.8 | 12.4 |
| Idiopathic Pulmonary Fibrosis | 78.6 | 59.4 | 56.1 | 53.7 |
| Emphysema/COPD | 0.0 | 25.0 | 24.5 | 27.5 |
| Retransplant/Graft Failure | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 7.1 | 0.0 | 3.0 | 2.8 |
| Missing | 0.0 | 0.0 | 0.0 | 0.0 |



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# F. Transplants Facilitated by NYRT

**Table F10. Characteristics of deceased donor pancreas recipients**

|  | This OPO | | United States | |
|---|---|---|---|---|
|  | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 | Jan 2014-Dec 2014 | Jan 2015-Dec 2015 |
| **Total Number of Transplants** | 4 | 7 | 245 | 228 |
| **Race (%)** | | | | |
| White | 50.0 | 57.1 | 80.0 | 71.9 |
| African-American | 0.0 | 14.3 | 9.4 | 11.0 |
| Hispanic/Latino | 50.0 | 28.6 | 7.8 | 13.2 |
| Asian | 0.0 | 0.0 | 1.6 | 2.6 |
| Other | 0.0 | 0.0 | 1.2 | 1.3 |
| **Age (%)** | | | | |
| 0-1 Years | 0.0 | 0.0 | 4.5 | 7.0 |
| 2-11 Years | 0.0 | 0.0 | 9.0 | 10.1 |
| 12-17 Years | 0.0 | 0.0 | 1.6 | 1.3 |
| 18-34 Years | 50.0 | 28.6 | 18.4 | 21.5 |
| 35-49 Years | 0.0 | 57.1 | 36.3 | 40.8 |
| 50-64 Years | 50.0 | 14.3 | 29.4 | 19.3 |
| 65+ Years | 0.0 | 0.0 | 0.8 | 0.0 |
| **Gender (%)** | | | | |
| Male | 25.0 | 57.1 | 51.8 | 46.5 |
| Female | 75.0 | 42.9 | 48.2 | 53.5 |
| **Blood Type (%)** | | | | |
| O | 50.0 | 57.1 | 46.1 | 49.6 |
| A | 50.0 | 42.9 | 37.1 | 32.5 |
| B | 0.0 | 0.0 | 14.3 | 14.9 |
| AB | 0.0 | 0.0 | 2.4 | 3.1 |
| **Calculated Panel Reactive Antibody (CPRA%)** | | | | |
| 0-9 | 75.0 | 0.0 | 52.7 | 13.2 |
| 10-79 | 25.0 | 100.0 | 39.2 | 86.0 |
| 80+ | 0.0 | 0.0 | 8.2 | 0.9 |



**LiveOnNY**

OPO Code: NYRT
Public Report Release: June 16, 2016
Based on Data as of: April 30, 2016

SRTR OPO-Specific Report
Feedback?: SRTR@SRTR.org
1.877.970.SRTR (7787)
http://www.srtr.org

# G. Counties Served by NYRT

## Table G1. Counties served by NYRT

| State Name | County Name | County FIPS | Shared with |
|---|---|---|---|
| New York | Bronx County | 36005 | |
| New York | Dutchess County | 36027 | NYAP |
| New York | Kings County | 36047 | |
| New York | Nassau County | 36059 | |
| New York | New York County | 36061 | |
| New York | Orange County | 36071 | |
| New York | Putnam County | 36079 | |
| New York | Queens County | 36081 | |
| New York | Richmond County | 36085 | |
| New York | Rockland County | 36087 | |
| New York | Suffolk County | 36103 | |
| New York | Westchester County | 36119 | |
| Pennsylvania | Pike County | 42103 | |